```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 18-03445-HWV
Matthew Bateman                                                           Chapter 13
Brenda Bateman
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2             Date Rcvd: Sep 12, 2018
                              Form ID: ntnew341          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +Matthew Bateman,    Brenda Bateman,    1458 W. King Street,     York, PA 17404-5615
5100334        +Aberdeen Proving Ground FCU,    c/o Silverman Theologou, LLP,     11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
5097273        +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5097275        +Cby Systems Inc,    33 S Duke St,    York, PA 17401-1401
5097276        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5097278        +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
5097281        +Commercial Acceptance Company,     2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
5100333        +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5097284        +Keybank/usb Cc,    Attn: Bankruptcy Department,     4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5097286        +Medical Data Systems Inc,    Attn: Bankruptcy Dept,     2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
5097287        +MetEd,    P.O. Box 3687,    Akron, OH 44309-3687
5097290        +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
5097295         Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
5097296        +West York Borough,    1381 W. Poplar Street,    York, PA 17404-5396
5097297        +Yk Cr Bureau,    33 S Duke St,    York, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5097274        +E-mail/Text: bankruptcygroup@apgfcu.com Sep 12 2018 19:03:10      APG Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 1176,    Aberdeen, MD 21001-6176
5097279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 19:03:16      Comenitybank/kayjewe,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097280        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 19:03:16      Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097282        +E-mail/Text: bankruptcy@consumerportfolio.com Sep 12 2018 19:03:24      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5098583         E-mail/Text: mrdiscen@discover.com Sep 12 2018 19:03:10      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5097283        +E-mail/Text: mrdiscen@discover.com Sep 12 2018 19:03:10      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5097285        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2018 19:03:12      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5097288         E-mail/Text: blegal@phfa.org Sep 12 2018 19:03:21      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
5097289        +E-mail/Text: blegal@phfa.org Sep 12 2018 19:03:20      PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
5097313        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 19:02:36
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5105700         E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 19:03:16
                 Quantum3 Group LLC as agent for,     MOMA Trust LLC,    PO Box 788,   Kirkland, WA 98083-0788
5105093        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2018 19:03:25      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5097291        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 19:19:05      Syncb/ccmnmc,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5097292        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 19:19:29      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5097293        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 19:19:29      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5097294        +Fax: 866-311-5818 Sep 12 2018 19:07:16      Systems & Services Technologies/Best Egg,
                 Attn: Bankruptcy,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5097277         Citizens Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Matthew  Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Brenda   Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Matthew Bateman, | Chapter 13 |
| **Debtor 1** | |
| Brenda Bateman, | Case No. 1:18−bk−03445−HWV |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 4, 2018<br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2018 |

ntnew341 (04/18)