| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| | | | Check Date: 02/02/2018 | | 1/21/2018 | 1/27/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | $0.00 |
| OT | OVERTIME | 13.57 | $322.42 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $633.75 | |
| Deductions | | | $114.74 | $28.69 |
| 401K | 401K % | | $1.00 | $0.00 |
| EST | Emerg Service Tax | | | |
| Taxes | | | $98.93 | $0.00 |
| USFIT | US Federal Income Tax | | $0.00 | $5.74 |
| USFUTA | US Federal Unemployment Tax | | $13.86 | $13.86 |
| USMED | Medicare Tax | | $59.28 | $59.28 |
| USSS | Social Security Tax | | $29.35 | $0.00 |
| PASIT | Pennsylvania Income Tax | | $0.00 | $37.97 |
| PASUTA | Pennsylvania Unemployment Tax | | $9.56 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $0.67 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | | |
| Net Pay: | | | $628.78 | |

| | | | Check Date: 02/09/2018 | | 1/28/2018 | 2/3/2018 |
|---|---|---|---|---|---|---|

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | $0.00 |
| OT | OVERTIME | 14.75 | $342.97 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $620.05 | |
| Deductions | | | $115.56 | $28.89 |
| 401K | 401K % | | $1.00 | $0.00 |
| EST | Emerg Service Tax | | | |
| Taxes | | | $99.84 | $0.00 |
| USFIT | US Federal Income Tax | | $0.00 | $4.46 |
| USFUTA | US Federal Unemployment Tax | | $13.96 | $13.96 |
| USMED | Medicare Tax | | $59.71 | $59.71 |
| USSS | Social Security Tax | | $29.56 | $0.00 |
| PASIT | Pennsylvania Income Tax | | $0.00 | $38.25 |
| PASUTA | Pennsylvania Unemployment Tax | | $9.63 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $0.67 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | | |
| Net Pay: | | | $633.09 | |

| | | | Check Date: 02/16/2018 | | 2/4/2018 | 2/10/2018 |
|---|---|---|---|---|---|---|

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | $0.00 |
| OT | OVERTIME | 12.70 | $306.79 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $644.17 | $0.00 |
| SNOW | WEATHER PAY | 8.00 | $169.74 | |
| Deductions | | | $134.48 | $33.62 |
| 401K | 401K % | | $1.00 | $0.00 |
| EST | Emerg Service Tax | | | |
| Taxes | | | $105.67 | $0.00 |
| USFIT | US Federal Income Tax | | $0.00 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $16.25 | $16.25 |
| USMED | Medicare Tax | | $69.48 | $69.48 |
| USSS | Social Security Tax | | $34.41 | $0.00 |
| PASIT | Pennsylvania Income Tax | | $0.00 | $44.51 |
| PASUTA | Pennsylvania Unemployment Tax | | $11.21 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $0.78 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | | |
| Net Pay: | | | $747.42 | |

| | | | Check Date: 02/23/2018 | | 2/11/2018 | 2/17/2018 |
|---|---|---|---|---|---|---|

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | $0.00 |
| OT | OVERTIME | 7.32 | $196.85 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $717.46 | |
| Deductions | | | | |

| DESCRIPTION | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| 401K | 401K % | | $109.72 | $27.43 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $74.77 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.26 | $13.26 |
| USSS | Social Security Tax | | $56.69 | $56.69 |
| PASIT | Pennsylvania Income Tax | | $28.07 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $36.31 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.14 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 |

Net Pay: $621.02
Check Date: 03/02/2018    2/18/2018    2/24/2018

Employee: MATTHEW T BATEMAN (ID# 2757)

| Earnings | | | | |
|---|---|---|---|---|
| OT | OVERTIME | 8.45 | $222.03 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $700.68 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $110.73 | $27.68 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $75.66 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.38 | $13.38 |
| USSS | Social Security Tax | | $57.21 | $57.21 |
| PASIT | Pennsylvania Income Tax | | $28.33 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $29.59 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.23 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.65 | $0.00 |

Net Pay: $626.52
Check Date: 03/09/2018    2/25/2018    3/3/2018

Employee: MATTHEW T BATEMAN (ID# 2757)

| Earnings | | | | |
|---|---|---|---|---|
| OT | OVERTIME | 12.93 | $311.05 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $641.34 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $114.29 | $28.57 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $78.79 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.81 | $13.81 |
| USSS | Social Security Tax | | $59.05 | $59.05 |
| PASIT | Pennsylvania Income Tax | | $29.24 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.52 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 |

Net Pay: $646.02
Check Date: 03/16/2018    3/4/2018    3/10/2018

Employee: MATTHEW T BATEMAN (ID# 2757)

| Earnings | | | | |
|---|---|---|---|---|
| OT | OVERTIME | 7.47 | $200.26 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $715.20 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $109.86 | $27.46 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $74.89 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.27 | $13.27 |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| USSS | Social Security Tax | | $56.76 | $56.76 | | |
| PASIT | Pennsylvania Income Tax | | $28.10 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.15 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $621.79 | | | |
| | | | Check Date: 03/23/2018 | 3/11/2018 | 3/17/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 7.62 | $203.63 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $712.94 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $109.99 | $27.50 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $75.01 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.29 | $13.29 | | |
| USSS | Social Security Tax | | $56.83 | $56.83 | | |
| PASIT | Pennsylvania Income Tax | | $28.14 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.17 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $622.50 | | | |
| | | | Check Date: 03/30/2018 | 3/18/2018 | 3/24/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| PTO | PTO | 16.00 | $397.12 | $0.00 | | |
| REG | REGULAR HOURLY | 7.62 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 10.00 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 10.20 | $169.74 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $108.76 | $27.19 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $73.93 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.14 | $13.14 | | |
| USSS | Social Security Tax | | $56.19 | $56.19 | | |
| PASIT | Pennsylvania Income Tax | | $27.82 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.06 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.63 | $0.00 | | |
| Net Pay: | | | $615.81 | | | |
| | | | Check Date: 04/06/2018 | 3/25/2018 | 3/31/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 14.90 | $345.51 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $618.36 | $0.00 |
| SNOW | WEATHER PAY | 16.00 | $339.48 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $156.40 | $39.10 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $141.03 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $18.90 | $18.90 |
| USSS | Social Security Tax | | $80.81 | $80.81 |
| PASIT | Pennsylvania Income Tax | | $40.01 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |

Case 1:18-bk-03445-HWV    Doc 21    Filed 09/17/18    Entered 09/17/18 19:57:29    Desc
Main Document    Page 3 of 16

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $13.03 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.91 | $0.00 | | |
| Net Pay: | | | $851.26 | | | |
| | | | Check Date: 04/13/2018 | | 4/1/2018 | 4/7/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | | | | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 11.52 | $284.59 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $658.97 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $113.23 | $28.31 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $77.86 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.68 | $13.68 | | |
| USSS | Social Security Tax | | $58.50 | $58.50 | | |
| PASIT | Pennsylvania Income Tax | | $28.97 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.44 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.66 | $0.00 | | |
| Net Pay: | | | $640.22 | | | |
| | | | Check Date: 04/20/2018 | | 4/8/2018 | 4/14/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | | | | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 9.85 | $251.55 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $681.00 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $111.91 | $27.98 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $76.70 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.52 | $13.52 | | |
| USSS | Social Security Tax | | $57.82 | $57.82 | | |
| PASIT | Pennsylvania Income Tax | | $28.63 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.33 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.65 | $0.00 | | |
| Net Pay: | | | $632.99 | | | |
| | | | Check Date: 04/27/2018 | | 4/15/2018 | 4/21/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | | | | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 14.48 | $338.42 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $623.09 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $115.38 | $28.85 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $79.76 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.94 | $13.94 | | |
| USSS | Social Security Tax | | $59.61 | $59.61 | | |
| PASIT | Pennsylvania Income Tax | | $29.52 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.62 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 | | |
| Net Pay: | | | $652.01 | | | |
| | | | Check Date: 05/04/2018 | | 4/22/2018 | 4/28/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

Earnings

| DESCRIPTION | | HOURS | EE AMT | ER AMT | |
|---|---|---|---|---|---|

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 02/02/2018    1/21/2018    1/27/2018

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 13.57 | $322.42 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $633.75 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $114.74 | $28.69 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $98.93 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $5.74 |
| USMED | Medicare Tax | | $13.86 | $13.86 |
| USSS | Social Security Tax | | $59.28 | $59.28 |
| PASIT | Pennsylvania Income Tax | | $29.35 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $37.97 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.56 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 |
| **Net Pay:** | | | **$628.78** | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 02/09/2018    1/28/2018    2/3/2018

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 14.75 | $342.97 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $620.05 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $115.56 | $28.89 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $99.84 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $4.46 |
| USMED | Medicare Tax | | $13.96 | $13.96 |
| USSS | Social Security Tax | | $59.71 | $59.71 |
| PASIT | Pennsylvania Income Tax | | $29.56 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $38.25 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.63 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 |
| **Net Pay:** | | | **$633.09** | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 02/16/2018    2/4/2018    2/10/2018

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 12.70 | $306.79 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $644.17 | $0.00 |
| SNOW | WEATHER PAY | 8.00 | $169.74 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $134.48 | $33.62 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $105.67 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $16.25 | $16.25 |
| USSS | Social Security Tax | | $69.48 | $69.48 |
| PASIT | Pennsylvania Income Tax | | $34.41 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $44.51 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $11.21 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.78 | $0.00 |
| **Net Pay:** | | | **$747.42** | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 02/23/2018    2/11/2018    2/17/2018

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 7.32 | $196.85 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $717.46 | $0.00 |
| Deductions | | | | |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| 401K | 401K % | | $109.72 | $27.43 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $74.77 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.26 | $13.26 | | |
| USSS | Social Security Tax | | $56.69 | $56.69 | | |
| PASIT | Pennsylvania Income Tax | | $28.07 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $36.31 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.14 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $621.02 | | | |
| Employee: MATTHEW T BATEMAN (ID# 2757) | | | Check Date: 03/02/2018 | | 2/18/2018 | 2/24/2018 |
| Earnings | | | | | | |
| OT | OVERTIME | 8.45 | $222.03 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $700.68 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $110.73 | $27.68 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $75.66 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.38 | $13.38 | | |
| USSS | Social Security Tax | | $57.21 | $57.21 | | |
| PASIT | Pennsylvania Income Tax | | $28.33 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $29.59 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.23 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.65 | $0.00 | | |
| Net Pay: | | | $626.52 | | | |
| Employee: MATTHEW T BATEMAN (ID# 2757) | | | Check Date: 03/09/2018 | | 2/25/2018 | 3/3/2018 |
| Earnings | | | | | | |
| OT | OVERTIME | 12.93 | $311.05 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $641.34 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $114.29 | $28.57 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $78.79 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.81 | $13.81 | | |
| USSS | Social Security Tax | | $59.05 | $59.05 | | |
| PASIT | Pennsylvania Income Tax | | $29.24 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.52 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 | | |
| Net Pay: | | | $646.02 | | | |
| Employee: MATTHEW T BATEMAN (ID# 2757) | | | Check Date: 03/16/2018 | | 3/4/2018 | 3/10/2018 |
| Earnings | | | | | | |
| OT | OVERTIME | 7.47 | $200.26 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $715.20 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $109.86 | $27.46 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $74.89 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.27 | $13.27 | | |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| USSS | Social Security Tax | | $56.76 | $56.76 | | |
| PASIT | Pennsylvania Income Tax | | $28.10 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.15 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $621.79 | | | |
| | | | Check Date: 03/23/2018 | | 3/11/2018 | 3/17/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 7.62 | $203.63 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $712.94 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $109.99 | $27.50 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $75.01 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.29 | $13.29 | | |
| USSS | Social Security Tax | | $56.83 | $56.83 | | |
| PASIT | Pennsylvania Income Tax | | $28.14 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.17 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $622.50 | | | |
| | | | Check Date: 03/30/2018 | | 3/18/2018 | 3/24/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| PTO | PTO | 16.00 | $397.12 | $0.00 | | |
| REG | REGULAR HOURLY | 7.62 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 10.00 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 10.20 | $169.74 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $108.76 | $27.19 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $73.93 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.14 | $13.14 | | |
| USSS | Social Security Tax | | $56.19 | $56.19 | | |
| PASIT | Pennsylvania Income Tax | | $27.82 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.06 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.63 | $0.00 | | |
| Net Pay: | | | $615.81 | | | |
| | | | Check Date: 04/06/2018 | | 3/25/2018 | 3/31/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 14.90 | $345.51 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $618.36 | $0.00 |
| SNOW | WEATHER PAY | 16.00 | $339.48 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $156.40 | $39.10 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $141.03 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $18.90 | $18.90 |
| USSS | Social Security Tax | | $80.81 | $80.81 |
| PASIT | Pennsylvania Income Tax | | $40.01 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $13.03 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.91 | $0.00 | | |
| Net Pay: | | | $851.26 | | | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 04/13/2018    4/1/2018    4/7/2018

Earnings
| | | | | | |
|---|---|---|---|---|---|
| OT | OVERTIME | 11.52 | $284.59 | $0.00 | |
| REG | REGULAR HOURLY | 40.00 | $658.97 | $0.00 | |

Deductions
| | | | | |
|---|---|---|---|---|
| 401K | 401K % | | $113.23 | $28.31 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |

Taxes
| | | | | |
|---|---|---|---|---|
| USFIT | US Federal Income Tax | | $77.86 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.68 | $13.68 |
| USSS | Social Security Tax | | $58.50 | $58.50 |
| PASIT | Pennsylvania Income Tax | | $28.97 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.44 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.66 | $0.00 |
| Net Pay: | | | $640.22 | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 04/20/2018    4/8/2018    4/14/2018

Earnings
| | | | | |
|---|---|---|---|---|
| OT | OVERTIME | 9.85 | $251.55 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $681.00 | $0.00 |

Deductions
| | | | | |
|---|---|---|---|---|
| 401K | 401K % | | $111.91 | $27.98 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |

Taxes
| | | | | |
|---|---|---|---|---|
| USFIT | US Federal Income Tax | | $76.70 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.52 | $13.52 |
| USSS | Social Security Tax | | $57.82 | $57.82 |
| PASIT | Pennsylvania Income Tax | | $28.63 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.33 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.65 | $0.00 |
| Net Pay: | | | $632.99 | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 04/27/2018    4/15/2018    4/21/2018

Earnings
| | | | | |
|---|---|---|---|---|
| OT | OVERTIME | 14.48 | $338.42 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $623.09 | $0.00 |

Deductions
| | | | | |
|---|---|---|---|---|
| 401K | 401K % | | $115.38 | $28.85 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |

Taxes
| | | | | |
|---|---|---|---|---|
| USFIT | US Federal Income Tax | | $79.76 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.94 | $13.94 |
| USSS | Social Security Tax | | $59.61 | $59.61 |
| PASIT | Pennsylvania Income Tax | | $29.52 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.62 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 |
| Net Pay: | | | $652.01 | |

**Employee: MATTHEW T BATEMAN (ID# 2757)**    Check Date: 05/04/2018    4/22/2018    4/28/2018

Earnings

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| OT | OVERTIME | 22.45 | $549.17 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $652.32 | $0.00 | | |
| Deductions | | | $144.18 | $36.04 | | |
| 401K | 401K % | | $1.00 | $0.00 | | |
| EST | Emerg Service Tax | | | | | |
| Taxes | | | $121.31 | $0.00 | | |
| USFIT | US Federal Income Tax | | $0.00 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $17.42 | $17.42 | | |
| USMED | Medicare Tax | | $74.49 | $74.49 | | |
| USSS | Social Security Tax | | $36.89 | $0.00 | | |
| PASIT | Pennsylvania Income Tax | | $0.00 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $12.01 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | | | | |
| PAUIEE | PA EE Unemployment Tax | | $0.84 | $0.00 | | |
| Net Pay: | | | $793.35 | | | |
| | | | Check Date: 05/11/2018 | 4/29/2018 | 5/5/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 11.92 | $292.21 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $653.89 | $0.00 | | |
| Deductions | | | $113.53 | $28.38 | | |
| 401K | 401K % | | $1.00 | $0.00 | | |
| EST | Emerg Service Tax | | | | | |
| Taxes | | | $78.13 | $0.00 | | |
| USFIT | US Federal Income Tax | | $0.00 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $13.72 | $13.72 | | |
| USMED | Medicare Tax | | $58.66 | $58.66 | | |
| USSS | Social Security Tax | | $29.05 | $0.00 | | |
| PASIT | Pennsylvania Income Tax | | $0.00 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $9.46 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | | | | |
| PAUIEE | PA EE Unemployment Tax | | $0.66 | $0.00 | | |
| Net Pay: | | | $641.89 | | | |
| | | | Check Date: 05/18/2018 | 5/6/2018 | 5/12/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| PTO | PTO | 8.00 | $199.04 | $0.00 | | |
| REG | REGULAR HOURLY | 10.02 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 11.73 | $169.74 | $0.00 | | |
| REG | REGULAR HOURLY | 12.00 | $169.74 | $0.00 | | |
| VAC | VACATION | 8.00 | $199.04 | $0.00 | | |
| Deductions | | | $108.88 | $27.22 | | |
| 401K | 401K % | | $1.00 | $0.00 | | |
| EST | Emerg Service Tax | | | | | |
| Taxes | | | $74.03 | $0.00 | | |
| USFIT | US Federal Income Tax | | $0.00 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $13.16 | $13.16 | | |
| USMED | Medicare Tax | | $56.25 | $56.25 | | |
| USSS | Social Security Tax | | $27.85 | $0.00 | | |
| PASIT | Pennsylvania Income Tax | | $0.00 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $9.07 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | | | | |
| PAUIEE | PA EE Unemployment Tax | | $0.64 | $0.00 | | |
| Net Pay: | | | $616.42 | | | |
| | | | Check Date: 05/25/2018 | 5/13/2018 | 5/19/2018 | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 14.53 | $339.27 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $622.52 | $0.00 |
| Deductions | | | | |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| 401K | 401K % | | $115.41 | $28.85 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $79.79 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.95 | $13.95 | | |
| USSS | Social Security Tax | | $59.63 | $59.63 | | |
| PASIT | Pennsylvania Income Tax | | $29.53 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.62 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 | | |
| Net Pay: | | | $652.19 | | | |
| | | | Check Date: 06/01/2018 | | 5/20/2018 | 5/26/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 14.12 | $332.08 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $627.31 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $115.13 | $28.78 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $79.53 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.91 | $13.91 | | |
| USSS | Social Security Tax | | $59.48 | $59.48 | | |
| PASIT | Pennsylvania Income Tax | | $29.45 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.59 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 | | |
| Net Pay: | | | $650.63 | | | |
| | | | Check Date: 06/08/2018 | | 5/27/2018 | 6/2/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| HOL | HOLIDAY | 8.00 | $169.74 | $0.00 | | |
| OT | OVERTIME | 13.53 | $321.83 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $634.15 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $135.09 | $33.77 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $106.64 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $16.32 | $16.32 | | |
| USSS | Social Security Tax | | $69.79 | $69.79 | | |
| PASIT | Pennsylvania Income Tax | | $34.56 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $11.26 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.79 | $0.00 | | |
| Net Pay: | | | $750.27 | | | |
| | | | Check Date: 06/15/2018 | | 6/3/2018 | 6/9/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 14.00 | $330.05 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $628.67 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $115.05 | $28.76 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $79.46 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| USMED | Medicare Tax | | $13.90 | $13.90 | | |
| USSS | Social Security Tax | | $59.44 | $59.44 | | |
| PASIT | Pennsylvania Income Tax | | $29.43 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.59 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.67 | $0.00 | | |
| Net Pay: | | | $650.18 | | | |
| | | | Check Date: 06/22/2018 | | 6/10/2018 | 6/16/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 11.32 | $280.74 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $661.54 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $113.07 | $28.27 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $77.73 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $13.66 | $13.66 | | |
| USSS | Social Security Tax | | $58.42 | $58.42 | | |
| PASIT | Pennsylvania Income Tax | | $28.93 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.42 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.66 | $0.00 | | |
| Net Pay: | | | $639.39 | | | |
| | | | Check Date: 06/29/2018 | | 6/17/2018 | 6/23/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| OT | OVERTIME | 13.00 | $317.78 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $651.85 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $116.36 | $29.09 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $80.61 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $14.06 | $14.06 | | |
| USSS | Social Security Tax | | $60.12 | $60.12 | | |
| PASIT | Pennsylvania Income Tax | | $29.77 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.70 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.68 | $0.00 | | |
| Net Pay: | | | $657.33 | | | |
| | | | Check Date: 07/06/2018 | | 6/24/2018 | 6/30/2018 |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 0.58 | $14.90 | $0.00 |
| PTO | PTO | 8.00 | $201.76 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $681.03 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $107.72 | $26.93 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $73.02 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.02 | $13.02 |
| USSS | Social Security Tax | | $55.66 | $55.66 |
| PASIT | Pennsylvania Income Tax | | $27.56 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |

| DESCRIPTION | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $8.98 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.54 | $0.00 | | |
| Net Pay: | | | $610.19 | | 7/1/2018 | 7/7/2018 |
| | | | Check Date: 07/13/2018 | | | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| HOL | HOLIDAY | 8.00 | $172.74 | $0.00 | | |
| OT | OVERTIME | 10.77 | $274.85 | $0.00 | | |
| REG | REGULAR HOURLY | 40.00 | $680.53 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $135.37 | $33.84 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $107.11 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $5.96 | | |
| USMED | Medicare Tax | | $16.36 | $16.36 | | |
| USSS | Social Security Tax | | $69.94 | $69.94 | | |
| PASIT | Pennsylvania Income Tax | | $34.63 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $44.80 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $11.28 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.68 | $0.00 | | |
| Net Pay: | | | $751.75 | | 7/2/2018 | 7/8/2018 |
| | | | Check Date: 07/14/2018 | | | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Taxes | | | | | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | -$5.96 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | -$44.80 | | |
| Net Pay: | | | $0.00 | | 7/8/2018 | 7/14/2018 |
| | | | Check Date: 07/20/2018 | | | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT | | |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| VAC | VACATION | 40.00 | $991.60 | $0.00 | | |
| Deductions | | | | | | |
| 401K | 401K % | | $118.99 | $29.75 | | |
| EST | Emerg Service Tax | | $1.00 | $0.00 | | |
| Taxes | | | | | | |
| USFIT | US Federal Income Tax | | $82.93 | $0.00 | | |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 | | |
| USMED | Medicare Tax | | $14.38 | $14.38 | | |
| USSS | Social Security Tax | | $61.48 | $61.48 | | |
| PASIT | Pennsylvania Income Tax | | $30.44 | $0.00 | | |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 | | |
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.92 | $0.00 | | |
| PAUIEE | PA EE Unemployment Tax | | $0.60 | $0.00 | | |
| Net Pay: | | | $671.86 | | 7/15/2018 | 7/21/2018 |
| | | | Check Date: 07/27/2018 | | | |

Employee: MATTHEW T BATEMAN (ID# 2757)

| | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| Earnings | | | | |
| OT | OVERTIME | 11.10 | $281.42 | $0.00 |
| REG | REGULAR HOURLY | 40.00 | $676.09 | $0.00 |
| Deductions | | | | |
| 401K | 401K % | | $114.90 | $28.73 |
| EST | Emerg Service Tax | | $1.00 | $0.00 |
| Taxes | | | | |
| USFIT | US Federal Income Tax | | $79.33 | $0.00 |
| USFUTA | US Federal Unemployment Tax | | $0.00 | $0.00 |
| USMED | Medicare Tax | | $13.88 | $13.88 |
| USSS | Social Security Tax | | $59.37 | $59.37 |
| PASIT | Pennsylvania Income Tax | | $29.40 | $0.00 |
| PASUTA | Pennsylvania Unemployment Tax | | $0.00 | $0.00 |

| DESCRIPTION | | HOURS | EE AMT | ER AMT |
|---|---|---|---|---|
| PA2829 | East Manchester TP, NE York SD (NR) Regular IT | | $9.58 | $0.00 |
| PAUIEE | PA EE Unemployment Tax | | $0.57 | $0.00 |
| Net Pay: | | | $649.48 | |

**PENN WASTE INC.**
PAYROLL ACCOUNT
PO BOX 8066
YORK, PA 17402

DATE 8/10/2018

AMOUNT $663.20

PAY: Six Hundred Sixty-Three and 20/100************

TO THE ORDER OF:
MATTHEW T BATEMAN
1458 W. KING ST.
YORK, PA 17401 US

**NON-NEGOTIABLE**
**DIRECT DEPOSIT ADVICE**

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 7/29/2018 | 8/4/2018 | 8/10/2018 | 1258 |
| Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| 2767 | | 54.46 | $663.20 |

Employee Name: BATEMAN, MATTHEW T

| | Current Earnings $976.41 | Current Deductions $118.41 | Current Taxes $196.80 | | YTD Earnings $32,889.61 | YTD Subject to FIT $29,044.69 | YTD Net Pay $21,980.68 |
|---|---|---|---|---|---|---|---|
| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date |
| Earnings | DAY OT | Regular | 14.46 | 23.78750 | | 344.11 | 1,616.18 |
| | DAY REG | Regular | 40.00 | 15.85750 | | 634.30 | 1,316.62 |
| | HOL | | | | | | 677.96 |
| | OT | | | | | | 8,376.71 |
| | PTO | | | | | | 797.92 |
| | REG | | | | | | 18,555.66 |
| | SNOW | | | | | | 509.22 |
| | VAC | | | | | | 1,190.64 |
| | VACN | | | | | | 848.70 |
| Deductions | 401K | | | 12.00000% | 978.41 | 117.41 | 3,844.92 |
| | EST | | | 1.00 | | 1.00 | 32.00 |
| Taxes | FIT | | | | 861.00 | 81.54 | 3,154.92 |
| | Medicare | | | | 978.41 | 14.19 | 476.89 |
| | Soc Sec | | | | 978.41 | 60.66 | 2,039.16 |
| | PA SIT | | | | 978.41 | 30.04 | 1,009.72 |
| | PA2829 | | | | 978.41 | 9.78 | 326.91 |
| | PAUIEE | | | | 978.41 | 0.59 | 22.41 |
| Direct Deposit | HAR-CO CREDIT U | | | 20.00 | | 20.00 | |
| | Citizens Bank | | | 100.00000 | | 643.20 | 643.20 |

PTO Available: 0.00
Vacation Available: 32.00

SAFEGUARD

**PENN WASTE INC.**
PAYROLL ACCOUNT
PO BOX 3066
YORK, PA 17402

DATE: 8/24/2018

AMOUNT: $667.45

PAY: Six Hundred Sixty-Seven and 45/100************

TO THE ORDER OF:
MATTHEW T BATEMAN
1458 W. KING ST.
YORK, PA 17401 US

**NON-NEGOTIABLE**
**DIRECT DEPOSIT ADVICE**

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 8/12/2018 | 8/18/2018 | 8/24/2018 | 1823 |
| Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| 2757 | | 55.80 | $667.45 |

Employee Name: BATEMAN, MATTHEW T

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| $984.87 | $119.18 | $198.24 | $34,861.84 | $30,780.26 | $23,317.21 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date |
|---|---|---|---|---|---|---|---|
| Earnings | DAYOT | Regular | 15.80 | 23.30128 | | 363.50 | 1,350.66 |
| | DAYREG | Regular | 40.00 | 15.53425 | | 621.37 | 2,554.37 |
| | HOL | | | | | | 677.96 |
| | OT | | | | | | 6,376.71 |
| | PTO | | | | | | 797.92 |
| | REG | | | | | | 18,555.66 |
| | SNOW | | | | | | 509.22 |
| | VAC | | | | | | 1,190.64 |
| | VACN | | | | | | 848.70 |
| Deductions | 401K | | | 12.00000% | 984.87 | 118.18 | 4,081.58 |
| | EST | | | 1.00 | | 1.00 | 34.00 |
| Taxes | FIT | | | | 866.69 | 82.22 | 3,319.63 |
| | Medicare | | | | 984.87 | 14.28 | 505.49 |
| | Soc Sec | | | | 984.87 | 61.06 | 2,161.44 |
| | PA SIT | | | | 984.87 | 30.24 | 1,070.27 |
| | PA2829 | | | | 984.87 | 9.85 | 348.63 |
| | PAUIEE | | | | 984.87 | 0.59 | 23.59 |
| Direct Deposit | HAR-CO CREDIT U | | | 20.00 | | 20.00 | |
| | Citizens Bank | | | 100.00000 | 647.45 | 647.45 | |

PTO Available: 0.00
Vacation Available: 32.00

**PENN WASTE INC**
PAYROLL ACCOUNT
PO BOX 8066
YORK, PA 17402

DATE: 8/31/2018

AMOUNT: $659.18

PAY: Six Hundred Fifty-Nine and 18/100************************

TO THE ORDER OF:
MATTHEW T BATEMAN
1458 W. KING ST.
YORK, PA 17401 US

**NON-NEGOTIABLE**
**DIRECT DEPOSIT ADVICE**

| Period Start | Period End | Check Date | Check Number |
|---|---|---|---|
| 8/19/2018 | 8/25/2018 | 8/31/2018 | 2100 |
| Employee No | Soc. Sec. No. | Hours Paid | Check Amount |
| 2757 | | 53.43 | $659.18 |

Employee Name: BATEMAN, MATTHEW T

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| $972.27 | $117.67 | $195.42 | $35,834.11 | $31,635.86 | $23,976.39 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Data |
|---|---|---|---|---|---|---|---|
| Earnings | DAYOT | Regular | 13.43 | 24.24700 | | 325.71 | 1,676.37 |
| | DAYREG | Regular | 40.00 | 16.16400 | | 646.56 | 3,200.93 |
| | HOL | | | | | | 677.96 |
| | OT | | | | | | 8,376.71 |
| | PTO | | | | | | 797.92 |
| | REG | | | | | | 18,555.66 |
| | SNOW | | | | | | 509.22 |
| | VAC | | | | | | 1,190.64 |
| | VACN | | | | | | 848.70 |
| Deductions | 401K | | | 12.00000% | 972.27 | 116.67 | 4,198.25 |
| | EST | | | 1.00 | | 1.00 | 35.00 |
| Taxes | FIT | | | | 855.60 | 80.89 | 3,400.52 |
| | Medicare | | | | 972.27 | 14.10 | 519.59 |
| | Soc Sec | | | | 972.27 | 60.28 | 2,221.72 |
| | PA SIT | | | | 972.27 | 29.85 | 1,100.12 |
| | PA2829 | | | | 972.27 | 9.72 | 358.35 |
| | PAUIEE | | | | 972.27 | 0.58 | 24.17 |
| Direct Deposit | HAR-CO CREDIT U | | | | 20.00 | 20.00 | |
| | Citizens Bank | | | 100.00000 | 639.18 | 639.18 | |

PTO Available: 0.00
Vacation Available: 32.00

SAFEGUARD. LITHO USA. E07SF011831M-07-11

9/17/2018 6:48:15 PM PAGE 8/008 Fax Server
Staples Kiosk
Case 1:18-bk-03445-HWV Doc 21 Filed 09/17/18 Entered 09/17/18 19:57:29 Desc
Main Document Page 16 of 16