| | CO. | FILE | DEPT. | CLOCK | VCHR NO |
|---|---|---|---|---|---|
| | IFN | 734894 | 104810 | | 0000216452 |

**Earnings Statement**  ADP

**maxim** healthcare services

8767-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 05/13/2018
Period Ending: 05/19/2018
Pay Date: 05/25/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 11.35 | 169.12 | 3,714.54 |
| In-Service | | | | 27.85 |
| Gross Pay | | | $169.12 | 3,742.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.80 | 271.68 |
| | Social Security Tax | -10.49 | 232.03 |
| | Medicare Tax | -2.45 | 54.26 |
| | PA State Income Tax | -5.19 | 114.90 |
| | Windsor Twp Income Tax | -1.69 | 37.41 |
| | Windsor Twp Local Svc Tax | -1.00 | 17.00 |
| | PA SUI/SDI Tax | -0.11 | 2.25 |

Net Pay $138.39
Dd Checking 1 -138.39
Net Check $0.00

Your federal taxable wages this period are $169.12

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0515-NS) | | | |
| Regular | 14.9000 | 1.55 | 23.10 |
| (0517-NS) | | | |
| Regular | 14.9000 | 3.15 | 46.94 |
| (0518-NS) | | | |
| Regular | 14.9000 | 6.65 | 99.08 |

© 2000 ADP, LLC

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000216452
Pay date: 05/25/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $138.39 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# EARNINGS Statement

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

8717-0001

Period Beginning: 05/20/2018
Period Ending: 05/26/2018
Pay Date: 06/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 33.00 | 491.70 | 4,206.24 |
| In-Service | | | | 27.85 |
| Gross Pay | | | $491.70 | 4,234.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.80 | 318.48 |
| | Social Security Tax | -30.48 | 262.51 |
| | Medicare Tax | -7.13 | 61.39 |
| | PA State Income Tax | -15.10 | 130.00 |
| | Windsor Twp Income Tax | -4.92 | 42.33 |
| | Windsor Twp Local Svc Tax | -1.00 | 18.00 |
| | PA SUI/SDI Tax | -0.29 | 2.54 |
| Net Pay | | $385.98 | |
| Dd Checking 1 | | -385.98 | |
| Net Check | | $0.00 | |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0521-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0522-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0523-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0524-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0525-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0526-NS | ) | | | |
| Regular | | 14.9000 | 8.00 | 119.20 |

Your federal taxable wages this period are $491.70

© 2000 ADP, LLC

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000226430
Pay date: 06/01/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $385.98 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

**maxim** healthcare services

8734-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

# Earnings Statement

![ADP]

Period Beginning: 05/27/2018
Period Ending: 06/02/2018
Pay Date: 06/08/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 2.10 | 31.29 | 4,237.53 |
| Holiday | 22.3500 | 4.45 | 99.46 | 99.46 |
| In-Service | | | | 27.85 |
| Gross Pay | | | $130.75 | 4,364.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.96 | 324.44 |
| | Social Security Tax | -8.11 | 270.62 |
| | Medicare Tax | -1.90 | 63.29 |
| | PA State Income Tax | -4.01 | 134.01 |
| | Windsor Twp Income Tax | -1.31 | 43.64 |
| | Windsor Twp Local Svc Tax | -1.00 | 19.00 |
| | PA SUI/SDI Tax | -0.08 | 2.62 |
| | Net Pay | | $108.38 |
| | Dd Checking 1 | | -108.38 |
| | Net Check | | $0.00 |

Important Notes
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0528-NS) | | | |
|   Holiday | 22.3500 | 4.45 | 99.46 |
| (0601-NS) | | | |
|   Regular | 14.9000 | 2.10 | 31.29 |

Your federal taxable wages this period are $130.75

© 2000 ADP, LLC

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000236449
Pay date: 06/08/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $108.38 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

| | CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|---|
| | IFN | 734894 | 104810 | | 0000246370 | 1 |

**Earnings Statement**

**ADP**

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

8666-0001

Period Beginning: 06/03/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 22.43 | 334.21 | 4,571.74 |
| In-Service | 7.2500 | 1.32 | 9.56 | 37.41 |
| Holiday | | | | 99.46 |
| Gross Pay | | | $343.77 | 4,708.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -29.05 | 353.49 |
| | Social Security Tax | -21.31 | 291.93 |
| | Medicare Tax | -4.98 | 68.27 |
| | PA State Income Tax | -10.55 | 144.56 |
| | Windsor Twp Income Tax | -3.44 | 47.08 |
| | Windsor Twp Local Svc Tax | -1.00 | 20.00 |
| | PA SUI/SDI Tax | -0.21 | 2.83 |

| Net Pay | | $273.23 | |
| Dd Checking 1 | | -273.23 | |
| Net Check | | $0.00 | |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0605-NS | ) | | | |
| Regular | | 14.9000 | 5.00 | 74.50 |
| (0606-NS | ) | | | |
| Regular | | 14.9000 | 6.30 | 93.87 |
| (0607-NS | ) | | | |
| Regular | | 14.9000 | 3.18 | 47.38 |
| (0608- MMC | ) | | | |
| In-Service | | 7.2500 | .50 | 3.62 |
| | | 7.2500 | .50 | 3.62 |
| | | 7.2500 | .32 | 2.32 |
| (0608-NS | ) | | | |
| Regular | | 14.9000 | 4.60 | 68.54 |
| (0609-NS | ) | | | |
| Regular | | 14.9000 | 3.35 | 49.92 |

Your federal taxable wages this period are $343.77

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000246370
Pay date: 06/15/2018

Deposited to the account of: BRENDA BATEMAN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9248 | xxxx xxxx | $273.23 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# EARNINGS Statement                                ADP

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.   8682-0001
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 06/17/2018
Period Ending:    06/23/2018
Pay Date:         06/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA:      N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 21.39 | 318.71 | 4,890.45 |
| Holiday |  |  |  | 99.46 |
| In-Service |  |  |  | 37.41 |
| **Gross Pay** |  |  | **$318.71** | 5,027.32 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -26.05 | 379.54 |
|  | Social Security Tax | -19.76 | 311.69 |
|  | Medicare Tax | -4.63 | 72.90 |
|  | PA State Income Tax | -9.78 | 154.34 |
|  | Windsor Twp Income Tax | -3.19 | 50.27 |
|  | Windsor Twp Local Svc Tax | -1.00 | 21.00 |
|  | PA SUI/SDI Tax | -0.19 | 3.02 |
|  | **Net Pay** |  | **$254.11** |
|  | Dd Checking 1 | -254.11 |  |
|  | **Net Check** |  | **$0.00** |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0618-NS) |  |  |  |
| Regular | 14.9000 | 5.37 | 80.01 |
| (0619-NS) |  |  |  |
| Regular | 14.9000 | 5.77 | 85.97 |
| (0620-NS) |  |  |  |
| Regular | 14.9000 | 5.43 | 80.91 |
| (0622-NS) |  |  |  |
| Regular | 14.9000 | 4.82 | 71.82 |

Your federal taxable wages this period are $318.71

© 2010 ADP LLC

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000266334
Pay date: 06/29/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $254.11 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

| | CO | DEPT. | CLOCK | VCHR NO | | Earnings Statement | ADP |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | IFN | 104810 | | 0000276375 | 1 | | |

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC. 8689-0001
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 06/24/2018
Period Ending: 06/30/2018
Pay Date: 07/06/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 14.9000 | 32.40 | 482.77 | 5,373.22 |
| Holiday | | | | 99.46 |
| In-Service | | | | 37.41 |
| Gross Pay | | | $482.77 | 5,510.09 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -45.73 | 425.27 |
| | Social Security Tax | -29.94 | 341.63 |
| | Medicare Tax | -7.00 | 79.90 |
| | PA State Income Tax | -14.82 | 169.16 |
| | Windsor Twp Income Tax | -4.83 | 55.10 |
| | Windsor Twp Local Svc Tax | -1.00 | 22.00 |
| | PA SUI/SDI Tax | -0.29 | 3.31 |
| Net Pay | | $379.16 | |
| Dd Checking 1 | | -379.16 | |
| Net Check | | $0.00 | |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
| --- | --- | --- | --- | --- |
| (0625-NS | ) | | | |
|   Regular | | 14.9000 | 6.72 | 100.13 |
| (0626-NS | ) | | | |
|   Regular | | 14.9000 | 6.30 | 93.87 |
| (0627-NS | ) | | | |
|   Regular | | 14.9000 | 5.53 | 82.40 |
| (0628-NS | ) | | | |
|   Regular | | 14.9000 | 5.93 | 88.36 |
| (0629-NS | ) | | | |
|   Regular | | 14.9000 | 7.92 | 118.01 |

Your federal taxable wages this period are $482.77

© 2000 ADP LLC

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000276375
Pay date: 07/06/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
| --- | --- | --- |
| xxxxxx9248 | xxxx xxxx | $379.16 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

# Earnings Statement

**ADP**

**maxim** healthcare services

8004-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 07/01/2018
Period Ending: 07/07/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.9000 | 24.22 | 360.87 | 5,734.09 |
| Holiday | 22.3500 | 4.12 | 92.08 | 191.54 |
| In-Service | | | | 37.41 |
| Gross Pay | | | $452.95 | 5,963.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.15 | 467.42 |
| | Social Security Tax | -28.08 | 369.71 |
| | Medicare Tax | -6.56 | 86.46 |
| | PA State Income Tax | -13.91 | 183.07 |
| | Windsor Twp Income Tax | -4.53 | 59.63 |
| | Windsor Twp Local Svc Tax | -1.00 | 23.00 |
| | PA SUI/SDI Tax | -0.27 | 3.58 |
| Net Pay | | $356.45 | |
| Dd Checking 1 | | -356.45 | |
| Net Check | | $0.00 | |

Important Notes
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0702-NS | ) | | | |
| Regular | | 14.9000 | 5.05 | 75.24 |
| (0703-NS | ) | | | |
| Regular | | 14.9000 | 6.98 | 104.00 |
| (0704-NS | ) | | | |
| Holiday | | 22.3500 | 4.12 | 92.08 |
| (0705-NS | ) | | | |
| Regular | | 14.9000 | 6.22 | 92.68 |
| (0706-NS | ) | | | |
| Regular | | 14.9000 | 5.97 | 88.95 |

Your federal taxable wages this period are $452.95

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000285913
Pay date: 07/13/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $356.45 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

## Earnings Statement

CO IFN / FILE 734894 / DEPT 104810 / CLOCK / VCHR NO 0000296131  1

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.  8375-0001
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 07/08/2018
Period Ending: 07/14/2018
Pay Date: 07/20/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Pay | | | 12.64 | 12.64 |
| Regular | | | | 5,734.09 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Gross Pay | | | $12.64 | 5,975.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -0.78 | 370.49 |
| | Medicare Tax | -0.19 | 86.65 |
| | PA State Income Tax | -0.39 | 183.46 |
| | Windsor Twp Income Tax | -0.13 | 59.76 |
| | Windsor Twp Local Svc Tax | -1.00 | 24.00 |
| | PA SUI/SDI Tax | -0.01 | 3.59 |
| | Federal Income Tax | | 467.42 |

| Net Pay | | $10.14 |
|---|---|---|
| Dd Checking 1 | | -10.14 |
| Net Check | | $0.00 |

Your federal taxable wages this period are $12.64

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0618-NS)  Short Pay | | | 0.81 |
| (0619-NS)  Short Pay | | | 0.87 |
| (0620-NS)  Short Pay | | | 0.81 |
| (0622-NS)  Short Pay | | | 0.72 |
| (0625-NS)  Short Pay | | | 1.01 |
| (0626-NS)  Short Pay | | | 0.94 |
| (0627-NS)  Short Pay | | | 0.83 |
| (0628-NS)  Short Pay | | | 0.89 |
| (0629-NS)  Short Pay | | | 1.19 |
| (0702-NS)  Short Pay | | | 0.76 |
| (0703-NS)  Short Pay | | | 1.05 |
| (0704- SHORT P)  Short Pay | | | 0.93 |
| (0705-NS)  Short Pay | | | 0.93 |
| (0706-NS)  Short Pay | | | 0.90 |

© 2000 ADP, LLC

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000296131
Pay date: 07/20/2018

Deposited to the account of: BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $10.14 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

| | CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|---|
| | IFN | 734894 | 104810 | | 0000306061 | 1 |

# Earnings Statement

**ADP**

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

8318-0001

Period Beginning: 07/15/2018
Period Ending: 07/21/2018
Pay Date: 07/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0500 | 23.92 | 360.00 | 6,094.09 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Short Pay | | | | 12.64 |
| Gross Pay | | | $360.00 | 6,335.68 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0716-NS | ) | | | |
| Regular | | 15.0500 | 6.37 | 95.87 |
| (0717-NS | ) | | | |
| Regular | | 15.0500 | 5.23 | 78.71 |
| (0719-NS | ) | | | |
| Regular | | 15.0500 | 5.32 | 80.07 |
| (0720-NS | ) | | | |
| Regular | | 15.0500 | 7.00 | 105.35 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.00 | 498.42 |
| | Social Security Tax | -22.32 | 392.81 |
| | Medicare Tax | -5.22 | 91.87 |
| | PA State Income Tax | -11.05 | 194.51 |
| | Windsor Twp Income Tax | -3.60 | 63.36 |
| | Windsor Twp Local Svc Tax | -1.00 | 25.00 |
| | PA SUI/SDI Tax | -0.21 | 3.80 |
| | Net Pay | $285.60 | |
| | Dd Checking 1 | -285.60 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $360.00

© 2000 ADP LLC

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000306061
Pay date: 07/27/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $285.60 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

## Earnings Statement

**maxim** healthcare services

8329-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 07/29/2018
Period Ending: 08/04/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0500 | 23.88 | 359.39 | 6,890.69 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Short Pay | | | | 12.64 |
| **Gross Pay** | | | **$359.39** | 7,132.28 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0730-NS) | ) | | | |
| Regular | | 15.0500 | 6.08 | 91.50 |
| (0801-NS) | ) | | | |
| Regular | | 15.0500 | 4.78 | 71.94 |
| (0802-NS) | ) | | | |
| Regular | | 15.0500 | 1.55 | 23.33 |
| (0803-NS) | ) | | | |
| Regular | | 15.0500 | 6.47 | 97.37 |
| (0804-NS) | ) | | | |
| Regular | | 15.0500 | 5.00 | 75.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.93 | 569.62 |
| | Social Security Tax | -22.28 | 442.20 |
| | Medicare Tax | -5.21 | 103.42 |
| | PA State Income Tax | -11.03 | 218.96 |
| | Windsor Twp Income Tax | -3.59 | 71.32 |
| | Windsor Twp Local Svc Tax | -1.00 | 27.00 |
| | PA SUI/SDI Tax | -0.22 | 4.28 |
| **Net Pay** | | **$285.13** | |
| | Dd Checking 1 | -285.13 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $359.39

© 2000 ADP, LLC

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000326034
Pay date: 08/10/2018

Deposited to the account of: BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $285.13 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

| | | | | |
|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
| FN | 734894 | 104810 | | 0000335991  1 |

# Earnings Statement

**maxim** healthcare services
8314-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 08/05/2018
Period Ending: 08/11/2018
Pay Date: 08/17/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0500 | 26.18 | 393.71 | 7,284.40 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Short Pay | | | | 12.64 |
| **Gross Pay** | | | **$393.71** | 7,525.99 |

| Important Notes | | | |
|---|---|---|---|
| COMPANY PHONE NUMBER 1.800.394.7195. | | | |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0806-NS) | | | |
| Regular | 15.0500 | 3.60 | 54.18 |
| (0807-NS) | | | |
| Regular | 15.0500 | 7.62 | 114.68 |
| (0809-NS) | | | |
| Regular | 15.0500 | 8.32 | 125.22 |
| (0810-NS) | | | |
| Regular | 15.0500 | 6.62 | 99.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -35.05 | 604.67 |
| | Social Security Tax | -24.41 | 466.61 |
| | Medicare Tax | -5.71 | 109.13 |
| | PA State Income Tax | -12.09 | 231.05 |
| | Windsor Twp Income Tax | -3.94 | 75.26 |
| | Windsor Twp Local Svc Tax | -1.00 | 28.00 |
| | PA SUI/SDI Tax | -0.24 | 4.52 |
| **Net Pay** | | **$311.27** | |
| | Dd Checking 1 | -311.27 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $393.71

---

**maxim** healthcare services
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000335991
Pay date: 08/17/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9248 | xxxx xxxx | $311.27 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

9/17/2018 6:48:15 PM PAGE 3/008 Fax Server    Staples Kiosk

Case 1:18-bk-03445-HWV    Doc 22    Filed 09/17/18    Entered 09/17/18 19:58:38    Desc
Main Document    Page 11 of 13

| CO. IFN | FILE 734804 | DEPT. 104810 | CLOCK | VCHR. NO. 0000346044 | 1 |
|---|---|---|---|---|---|

8565-0001

maxim healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

# Earnings Statement

ADP

Period Beginning: 08/12/2018
Period Ending: 08/18/2018
Pay Date: 08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0500 | 31.06 | 467.44 | 7,751.84 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Short Pay | | | | 12.64 |
| Gross Pay | | | $467.44 | 7,993.43 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -43.89 | 648.56 |
| | Social Security Tax | -28.98 | 495.59 |
| | Medicare Tax | -6.77 | 115.90 |
| | PA State Income Tax | -14.35 | 245.40 |
| | Windsor Twp Income Tax | -4.67 | 79.93 |
| | Windsor Twp Local Svc Tax | -1.00 | 29.00 |
| | PA SUI/SDI Tax | -0.28 | 4.80 |
| | Net Pay | $367.50 | |
| | Dd Checking 1 | -367.50 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $467.44

**Important Notes**

COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0813-NS) | | | |
| Regular | 15.0500 | 6.50 | 97.82 |
| (0814-NS) | | | |
| Regular | 15.0500 | 5.43 | 81.72 |
| (0815-NS) | | | |
| Regular | 15.0500 | 6.20 | 93.31 |
| (0816-NS) | | | |
| Regular | 15.0500 | 6.65 | 100.08 |
| (0817-NS) | | | |
| Regular | 15.0500 | 6.28 | 94.51 |

© ADP, LLC

maxim healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000346044
Pay date: 08/24/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BRENDA BATEMAN | xxxxxx9248 | xxxx xxxx | $367.50 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

Staples Kiosk 9/17/2018 6:48:15 PM PAGE 4/008 Fax Server

## Earnings Statement

**maxim** healthcare services
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

8770-0001

CO: FILE DEPT. CLOCK VCHR. NO.
IFN 734894 104810 0000356214 1

ADP

Period Beginning: 08/19/2018
Period Ending: 08/25/2018
Pay Date: 08/31/2018

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA: N/A

BRENDA BATEMAN
1458 WEST KING STREET
YORK PA 17404

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0500 | 8.22 | 123.71 | 7,875.55 |
| Holiday | | | | 191.54 |
| In-Service | | | | 37.41 |
| Short Pay | | | | 12.64 |
| **Gross Pay** | | | **$123.71** | 8,117.14 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | | rate | hours | this period |
|---|---|---|---|---|
| (0820-NS | ) | | | |
| Regular | | 15.0500 | 3.47 | 52.22 |
| (0821-NS | ) | | | |
| Regular | | 15.0500 | 4.75 | 71.49 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.26 | 653.82 |
| | Social Security Tax | -7.67 | 503.26 |
| | Medicare Tax | -1.80 | 117.70 |
| | PA State Income Tax | -3.80 | 249.20 |
| | Windsor Twp Income Tax | -1.24 | 81.17 |
| | Windsor Twp Local Svc Tax | -1.00 | 30.00 |
| | PA SUI/SDI Tax | -0.07 | 4.87 |

**Net Pay** $102.87
Dd Checking 1 -102.87
**Net Check** $0.00

Your federal taxable wages this period are $123.71

© 2000 ADP, LLC

---

**maxim** healthcare services
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000356214
Pay date: 08/31/2018

Deposited to the account of
BRENDA BATEMAN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx8248 | xxxx | xxxx | $102.87 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

Staples Kiosk    9/17/2018 6:48:15 PM    PAGE    5/008    Fax Server

Case 1:18-bk-03445-HWV    Doc 22    Filed 09/17/18    Entered 09/17/18 19:58:38    Desc
Main Document    Page 13 of 13