```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 18-03445-HWV
Matthew Bateman                                              Chapter 13
Brenda Bateman
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson          Page 1 of 2          Date Rcvd: Oct 10, 2018
                             Form ID: ntcnfhrg      Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db/jdb         +Matthew Bateman,    Brenda Bateman,    1458 W. King Street,    York, PA 17404-5615
5100334        +Aberdeen Proving Ground FCU,    c/o Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
5109396         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5115305         American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
5097273        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5116311         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5097275        +Cby Systems Inc,    33 S Duke St,    York, PA 17401-1401
5097276        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5097278        +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
5097281        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5100333        +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5097284        +Keybank/usb Cc,    Attn: Bankruptcy Department,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5097286        +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
5097287        +MetEd,   P.O. Box 3687,    Akron, OH 44309-3687
5097290        +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
5097294        +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
                 Saint Joseph, MO 64503-1600
5097295         Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
5097296        +West York Borough,    1381 W. Poplar Street,    York, PA 17404-5396
5097297        +Yk Cr Bureau,    33 S Duke St,    York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5097274        +E-mail/Text: bankruptcygroup@apgfcu.com Oct 10 2018 19:22:36      APG Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 1176,    Aberdeen, MD 21001-6176
5097279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2018 19:22:47      Comenitybank/kayjewe,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097280        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2018 19:22:47      Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097282        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 10 2018 19:23:01      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5098583         E-mail/Text: mrdiscen@discover.com Oct 10 2018 19:22:35      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5097283        +E-mail/Text: mrdiscen@discover.com Oct 10 2018 19:22:35      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5097285        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 10 2018 19:22:38      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5097288         E-mail/Text: blegal@phfa.org Oct 10 2018 19:22:56      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
5097289        +E-mail/Text: blegal@phfa.org Oct 10 2018 19:22:56      PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
5097313        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 19:28:58
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5105700         E-mail/Text: bnc-quantum@quantum3group.com Oct 10 2018 19:22:48
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5113717         E-mail/Text: bnc-quantum@quantum3group.com Oct 10 2018 19:22:48
                 Quantum3 Group LLC as agent for,    Cascade Capital LLC Series B,    PO Box 788,
                 Kirkland, WA  98083-0788
5105093        +E-mail/Text: bankruptcyteam@quickenloans.com Oct 10 2018 19:23:05      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5097291        +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 19:28:41      Syncb/ccmnmc,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5097292        +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 19:28:31      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5097293        +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 19:28:42      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5097277         Citizens Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Matthew  Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Brenda  Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew Bateman,<br>**Debtor 1**<br>Brenda Bateman,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–03445–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 14, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: November 21, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 10, 2018 |

ntcnfhrg (03/18)