```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 18-03445-HWV
Matthew Bateman                                             Chapter 13
Brenda Bateman
        Debtors
                         **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: TWilson              Page 1 of 1            Date Rcvd: Jan 25, 2019
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db/jdb         +Matthew Bateman,    Brenda Bateman,    1458 W. King Street,    York, PA 17404-5615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Matthew  Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Brenda  Bateman spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MATTHEW BATEMAN<br>BRENDA BATEMAN<br>                        Debtors | CASE NO. 18-03445-HWV<br><br>CHAPTER 13 |
| KEYBANK, N.A.<br>                        Movant | |
| MATTHEW BATEMAN<br>BRENDA BATEMAN<br>Respondents/Debtors<br>CHARLES J DEHART, III, Standing Trustee<br>Additional Respondent | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

    Upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

    KeyBank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2014 Ford Escape VIN: 1FMCU9GX1EUC53056

Dated: January 24, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)