<b><u>IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></b>

| | |
|---|---|
| IN RE: | BK NO. 18-03445 HWV |
| **Brenda Bateman**<br>&<br>**Matthew Bateman**<br>       **Debtor(s)** | Chapter 13 |

<b><u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u></b>

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322