IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| MATTHEW BATEMAN | )Case No.: 1:18-03445 (HWV) |
| BRENDA BATEMAN | ) |
|     Debtor(s) | ) |
| | ) |
| MATTHEW BATEMAN | ) |
| BRENDA BATEMAN | ) |
|     Movant | ) |
| | ) |
| vs | ) |
| | ) |
| QUICKENS LOAN | ) |
| Harford County Tax Claim Bureau | ) |
| Harford County School District | ) |
| | ) |
|     Respondent | ) |

_____

**AFFDAVIT REGARDING MARKETING OF PROPERTY**

    We, Matthew and Brenda Bateman, debtors above declare under penalty of perjury, that our realtor, Marian Staab, listed the investment property located at 3957 Bush Court, Harford County, Maryland on the MLS on October 7, 2019. The Property was shown to eight potential purchasers with two offers and was on the market for twenty days until we had an acceptable offer with our current buyer. This buyer is a purchaser in the Ordinary course of business and therefore the debtors are eligible for protection under 11 U.S. C. 363m.

Dated: January 27, 2020                                    /s/ Matthew Bateman
                                                                               Matthew Bateman, Debtor

                                                                               /s/ Brenda Bateman
                                                                               Brenda Bateman, Joint Debtor