IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| MATTHEW BATEMAN | )Case No.: 1:18-03445 (HWV) |
| BRENDA BATEMAN | ) |
|           Debtor(s) | ) |
| | ) |
| MATTHEW BATEMAN | ) |
| BRENDA BATEMAN | ) |
|           Movant | ) |
| | ) |
|   vs | ) |
| | ) |
| QUICKENS LOAN | ) |
| Harford County Tax Claim Bureau | ) |
| Harford County School District | ) |
| | ) |
|           Respondent | ) |

_____

**"AMENDED" CERTIFICATE OF SERVICE**

I Sean P. Quinlan, Attorney for Debtors, hereby certify that on December 17,

2019 a true and correct copy of the attached Debtors Motion to Approve Sale of

Real Property Free and Clear of all liens, claims, encumbrances, and other interests

(3957 Bush Court, Abdingdon MD 21009, Harford County, Notice of Hearing and

Proposed Order, and all other support documents were served via electronic means

through the court's ECF filing system and/or by first class mail postage pre paid as

follows:

**Charles J. DeHart**
**Office of the Standing Chapter 13 Trustee**
**Middle District of Pennsylvania**
**8125 Adams Drive Suite A**
**Hummelstown, PA 17036**

**Quicken Loans**
**635 Woodward Avenue**
**Detroit, MI 48226**

**Harford County Tax Claim Bureau**
**301 W. Preston Street**
**Baltimore MD 21201**

**Harford County School District**
**102 S. Hickory Avenue**
**Bel Air, MD 21014**

**And all creditors on the attached mailing matrix**

**Dated: January 27, 2020**                     **/s/ Sean P. Quinlan**
                                                **Quinlan Law Office**
                                                **2331 Market Street**
                                                **Camphill PA 17011**
                                                **717-724-7503**
                                                **Email:spqesq@gmail.com**