UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MATTHEW BATEMAN and BRENDA BATEMAN | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| MATTHEW BATEMAN and BRENDA BATEMAN | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| QUICKEN LOAN, HARFORD COUNTY TAX CLAIM BUREAU, HARFORD COUNTY SCHOOL DISTRICT and CHARLES J. DEHART, III, STANDING CHAPTER 13 TRUSTEE | : | CASE NO. 1-18-bk-03445-HWV |
| Respondents | : | OBJECTION TO APPROVE SALE |

## ORDER

Upon consideration of the Trustee's Limited Objection to "Corrected" Debtors' Motion to Approve Sale of Real Property Free and Clear of all Liens, Claims, Encumbrances and Other Interests, and all other matters of record,

IT IS HEREBY ORDERED that Sean P. Quinlan, Esquire escrow any proceeds he receives from the sale of debtors' real estate known and designated as 3957 Bush Court, Abingdon, Harford County, Maryland and to thereafter submit to this Court an Application to Approve Compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses in regard to this transaction.