# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.  18-03445 |
| BRENDA BATEMAN | CHAPTER 13 |
| MATHEW BATEMAN | |
| Debtors | |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Brian T. Langford as attorney for KEYBANK, N.A. in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date: March 11, 2020

/s/ Brian Langford_____
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MATTHEW BATEMAN<br><br>BRENDA BATEMAN<br><br>        Debtor(s) | CASE NO. 18-03445<br><br>CHAPTER 13 |

### NOTICE OF APPEARANCE

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle,

Brooklyn Hts., Ohio 44131 and enters its appearance as agent for the following Creditor in the above-

captioned proceedings: KEYBANK, N.A..

Copies of all further communications, pleading, court notices, and other papers should be served on

said Agent as Agent of Record.


Date: March 11, 2020


        /s/ Scott D. Fink
        Scott D. Fink
        Weltman, Weinberg & Reis Co., L. P. A
        Agent for Creditor
        965 Keynote Circle
        Brooklyn Hts., OH 44131
        bronationalecf@weltman.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 18-03445 |
| BRENDA BATEMAN | CHAPTER 13 |
| MATHEW BATEMAN | |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, Scott D. Fink, Agent for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Notice of Appearance has been served on the 11th day of March, 2020, upon those listed below:

Service by First-Class Mail:

BRENDA BATEMAN, Debtor
1458 W KING ST W
YORK, PA 17404

MATHEW BATEMAN, Debtor
1458 W KING ST W
YORK, PA 17404

and Service by NEF/ECF:

SEAN PATRICK QUINLAN, Debtors Attorney at SPQESQ@HOTMAIL.COM
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Weltman, Weinberg & Rei Co., L. P. A.
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com