UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW BATEMAN
BRENDA BATEMAN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-03445-HWV

MATTHEW BATEMAN
BRENDA BATEMAN

Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on September 11, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 11, 2020, the Debtor(s) is/are $1000.00 in arrears with a plan payment having last been made on Jun 15, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 11, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW BATEMAN
BRENDA BATEMAN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-03445-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 11, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

SEAN P QUINLAN, ESQUIRE
2331 MARKET STREET
CAMP HILL, PA 17011-

SERVED ELECTRONICALLY

MATTHEW BATEMAN
BRENDA BATEMAN
1458 W. KING STREET
YORK, PA 17404

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com