```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                               Case No. 18-03445-HWV
Matthew Bateman                                                      Chapter 13
Brenda Bateman
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke             Page 1 of 2               Date Rcvd: Sep 11, 2020
                               Form ID: pdf010             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db/jdb         +Matthew Bateman,    Brenda Bateman,    1458 W. King Street,    York, PA 17404-5615
5100334        +Aberdeen Proving Ground FCU,    c/o Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
5109396         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5115305         American Express Travel Related Services Company,,    Inc.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5097273        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5116311         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5097275        +Cby Systems Inc,    33 S Duke St,    York, PA 17401-1401
5097281        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5100333        +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5097284        +Keybank/usb Cc,    Attn: Bankruptcy Department,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5097286        +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
5120587        +Met Ed/FirstEnergy,    101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5097287        +MetEd,    P.O. Box 3687,    Akron, OH 44309-3687
5122582        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5097290        +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
5097294        +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
                 Saint Joseph, MO 64503-1600
5097295         Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
5097296        +West York Borough,    1381 W. Poplar Street,    York, PA 17404-5396
5097297        +Yk Cr Bureau,    33 S Duke St,    York, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 11 2020 19:29:07      Citizens bank na,
                 One Citizens bank way JCA115,    Johnston, RI  02919
5120966         E-mail/Text: Bankruptcy@absoluteresolutions.com Sep 11 2020 19:29:06
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5097274        +E-mail/Text: bankruptcygroup@apgfcu.com Sep 11 2020 19:29:07      APG Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 1176,    Aberdeen, MD 21001-6176
5097278         E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 11 2020 19:29:07      Citizens Bank,
                 1 Citizens Dr,    Riverside, RI  02915
5121151         E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 11 2020 19:29:07      Citizens Bank N.A.,
                 One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI  02919
5097279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 19:29:11      Comenitybank/kayjewe,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097280        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 19:29:11      Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5097282        +E-mail/Text: bankruptcy@consumerportfolio.com Sep 11 2020 19:29:16      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5098583         E-mail/Text: mrdiscen@discover.com Sep 11 2020 19:29:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5097283        +E-mail/Text: mrdiscen@discover.com Sep 11 2020 19:29:07      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5097276         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 11 2020 19:36:54      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
5124562        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 11 2020 19:29:17      KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5097285        +E-mail/Text: PBNCNotifications@peritusservices.com Sep 11 2020 19:29:08      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5097288         E-mail/Text: blegal@phfa.org Sep 11 2020 19:29:14      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
5097289        +E-mail/Text: blegal@phfa.org Sep 11 2020 19:29:14      PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
5124149         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 19:37:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5097313        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 19:36:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5105700         E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 19:29:13
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5121164         E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 19:29:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5113717         E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 19:29:12
                 Quantum3 Group LLC as agent for,    Cascade Capital LLC Series B,    PO Box 788,
                 Kirkland, WA  98083-0788
5105093        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 11 2020 19:29:19      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5097291        +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 19:37:11      Syncb/ccmnmc,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0314-1            User: AutoDocke             Page 2 of 2                 Date Rcvd: Sep 11, 2020
                                Form ID: pdf010             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5097292        +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 19:37:11      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5097293        +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 19:37:02      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5097277           Citizens Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
          Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          Scott D Fink    on behalf of Creditor    KeyBank, N.A. bronationalecf@weltman.com,
           PitEcf@weltman.com
          Sean Patrick Quinlan    on behalf of Debtor 2 Brenda  Bateman spqesq@gmail.com,  spqesq@gmail.com
          Sean Patrick Quinlan    on behalf of Debtor 1 Matthew  Bateman spqesq@gmail.com,  spqesq@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MATTHEW BATEMAN | Chapter: 13 |
| Debtor 1 | Case No.: 1:18-bk-03445-HWV |
| BRENDA BATEMAN | |
| Debtor 2 | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | |
| vs. Movant(s) | |
| MATTHEW BATEMAN BRENDA BATEMAN | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: September 11, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Order Dismissing Case with Parties - Revised 9/17